UNITED STATES DISTRICT COURT
For the Southern District of Florida

CASE NO. _____

GROUP 10 HOLDINGS, LLC
A Florida Limited Liability Company

*Plaintiff,*

vs.

JULIAN ROSS an Individual,
OXYSURE SYSTEMS, INC., and
ACTION STOCK TRANSFER CORP.

*Defendants.*

### DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendants Julian Ross, Oxysure Systems, Inc., and Action Stock Transfer Corp., (collectively hereinafter "Defendants") submits this their Notice of Removal and requests that the case styled Group 10 Holdings, LLC, a Florida Limited Liability Company, Plaintiff, v. Julian Ross an Individual, Oxysure Systems, Inc., and Action Stock Transfer Corp., Defendants, which was filed as Case No. 2016-012020-CA 01 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, be removed to the United States District Court, Southern District of Florida. In support of this Notice, the Defendant advises the Court as follows:

1. On May 12, 2016, Plaintiff commenced the state court action by filing a Complaint. On May 23, 2016, Defendants were served with a copy of the

Summons and Complaint in the state court action. The Summons and Complaint are attached as **Exhibit "A."**

2. No further proceedings have occurred in the state court action. Attached to this Notice as **Exhibit "B,"** is a true and correct copy of the docket sheet filed in the State Court action.

3. The state court action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the matter in controversy exceeds the value of $ 75,000.00, exclusive of interest and costs and is between citizens of different States.

4. Specifically, Plaintiff was domiciled in the State of Florida at the time the state court action was commenced and still is a domiciliary of the State of Florida as of the date of filing this Notice.

5. Defendants Julian Ross and Oxysure Systems, Inc., were domiciled in the State of Texas at the time the State Court action was commenced and still are domiciliary of the State of Texas as of the date of filing this notice. Defendant Action Stock Transfer Corp was domiciled in the State of Utah at the time the State Court action was commenced and still is a domiciliary of the State of Utah as of the date of filing this notice.

**WHEREFORE, PREMISES CONSIDERED** Defendants respectfully request that the state court action now pending be removed to and proceeds in this Court, and that no further proceedings be held in the state court action.

Dated: June 13, 2016

                              Respectfully submitted,

                              **FRIEDMAN & FEIGER, L.L.P.**

                              By: _/s/ Lawrence J. Friedman_
                              Lawrence J. Friedman
                              State Bar No. 0244791
                              lfriedman@fflawoffice.com

                              5301 Spring Valley Road, Suite 200
                              Dallas, Texas 75254
                              Telephone (972) 788-1400
                              Telecopier (972) 788-2667

                              **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing has been furnished to attorney for Plaintiff by e-service on this 13th day of June 13, 2016.

                              _/s/ Lawrence J. Friedman_
                              Lawrence J. Friedman