**EXHIBIT "B"**



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

### GROUP 10 HOLDINGS, LLC VS JULIAN ROSS ET AL

**Local Case Number:** 2016-012020-CA-01

**Filing Date:** 05/12/2016

**State Case Number:** 132016CA012020000001

**Case Type:** Contract & Indebtedness (Greater than $15,000)

**Consolidated Case No.:** N/A

**Judicial Section:** CA30

**Case Status:** OPEN

---

 Parties                                                    Number of Parties: 4  ➕

---

 Hearing Details                                            Number of Hearing: 0  ➕

---

 Dockets                                                    Dockets Retrieved: 13  ➖

| Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|
| 05/20/2016 | | Receipt: | Event | RECEIPT#:3630061 AMT PAID:$30.00 NAME:ZUMPANO, DANIEL ENRIQUE 500 S DIXIE HWY STE 302 CORAL GABLES FL 33146 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SU |
| 05/19/2016 | | 20 Day Summons Issued | Service | |
| 05/19/2016 | | ESummons 20 Day Issued | Event | *Parties: ROSS JULIAN* |
| 05/19/2016 | | 20 Day Summons Issued | Service | |
| 05/19/2016 | | ESummons 20 Day Issued | Event | *Parties: OXYSURE SYSTEMS INC.* |
| 05/19/2016 | | 20 Day Summons Issued | Service | |
| 05/19/2016 | | ESummons 20 Day Issued | Event | *Parties: ACTION STOCK TRANSFER CORP.* |
| 05/17/2016 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 05/17/2016 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 05/17/2016 | | (M) 20 Day (C) Summons | Event | |

| | | (Sub) Received | | |
|---|---|---|---|---|
| | 05/17/2016 | Receipt: | Event | **RECEIPT#:3600123 AMT PAID:$401.00 NAME:ZUMPANO, DANIEL ENRIQUE 500 S DIXIE HWY STE 302 CORAL GABLES FL 33146 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00** |
| 📄 | 05/12/2016 | Complaint | Event | |
| 📄 | 05/12/2016 | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx) |
Family Court Information (http://www.miami-dadeclerk.com/families_court.asp) |
Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp) |
Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp) |
Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) |     (http://www.miamidade.gov)
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) |
Contact Us (http://www.miami-dadeclerk.com/contact.asp) |
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

S0142976

https://www2.miami-dadeclerk.com/ocs/Search.aspx                                                                3/3